# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3583

_____

United States of America

*Plaintiff - Appellee*

v.

Terry Black Lance

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: July 18, 2013
Filed: August 7, 2013
[Unpublished]

_____

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

After the district court[1] denied his motion to dismiss his indictment, Terry Black Lance conditionally pled guilty to failure to register as a sex offender, in

---

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota.

violation of 18 U.S.C. § 2250(a).  In a motion to dismiss, Lance challenged the constitutionality of the Sex Offender Registration and Notification Act (SORNA) – specifically, 42 U.S.C. § 16913(d) – under the non-delegation doctrine.  On appeal, he argues that the district court erred in denying his motion to dismiss.  To the contrary, as decided in *United States v. Kuehl,* 706 F. 3d 917, 920 (8th Cir. 2013), SORNA does not violate the non-delegation doctrine.

The judgment is affirmed.

_____